[No. 17905-2-III.    Division Three.    December 16, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID ALLEN BARTON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-1-02121-0, Kathleen M. O'Connor, J., entered September 28, 1998. *Affirmed* by unpublished opinion per Kato, J., concurred in by Kurtz, A.C.J., and Sweeney, J.

[No. 17906-1-III.    Division Three.    December 16, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID ALLEN BARTON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-1-01774-3, Greg D. Sypolt, J., entered September 24, 1998. *Affirmed* by unpublished opinion per Kato, J., concurred in by Kurtz, A.C.J., and Sweeney, J.

[No. 17961-3-III.    Division Three.    December 16, 1999.]

JEFFREY M. NORTON, *Respondent*, v. LOYAL W. BROWN, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Yakima County, No. 97-2-00923-4, Robert N. Hackett, Jr., J., entered October 2, 1998. *Reversed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Brown, JJ. Now published at 99 Wn. App. 118.

[No. 18031-0-III.    Division Three.    December 16, 1999.]

KAREN DANA DREYER, ET AL., *Appellants*, v. THE ESTATE OF ALBERT PAGAL, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Chelan County, No. 96-2-00898-7, Lesley A. Allan, J., entered October 21, 1998. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, C.J., and Brown, J.